IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-01179-NRN
Courtroom Deputy: Román Villa

Date: August 20, 2026
FTR: Courtroom A401

| *Parties:* | *Counsel:* |
| --- | --- |
| YAHAIRA ALVAREZ et al., | Rod Johnston |
| Plaintiffs, | |
| v. | |
| U.S. NURSING CORPORATION, d/b/a U.S. NURSING, a Colorado corporation, | Mairead Dolan |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

**11:19 a.m. Court in session.**

Court calls case. Appearances of Defense Counsel. Counsel for Plaintiffs, Mr. Johnston did not appear and efforts by the Courtroom Deputy to reach him by phone and email, and Defense Counsel by email, were unsuccessful.

This matter is before the court pursuant to a minute order setting a status conference.

**ORDERED:** Telephonic **Status Conference** is **RESET** for **September 3, 2026** at **12:00 p.m. (MST)** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

<u>Mr. Johnston is hereby warned that his failure to appear at the telephonic status conference on September 3, 2027 may result in sanctions, including the dismissal of the case for failure to appear and failure to prosecute.</u>

**11:22 a.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at 303-815-0487 or by email at scheduling@pattersontranscription.com, or AB Litigation Services at 303-629-8534.